UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOISEY CALDWELL,<br><br>         Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF LAW;<br>OFFICER GERONIMO GERMAN, SHIELD<br>NO. 11218,<br><br>         Defendants. | 19-CV-8835 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 22, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the matter pending under case number 19-CV-8253 (KPF).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  November 22, 2019
     New York, New York

                         COLLEEN McMAHON
                        Chief United States District Judge